UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARA S.,

    Plaintiff,

 v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. C17-5967-BAT

**ORDER REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

This case is before the Court on remand from the Court of Appeals for the Ninth Circuit. Pursuant to that Court's instructions, the Court hereby **ORDERS** as follows:

This case is **REMANDED** to the Commissioner for further administrative proceedings as directed in the Ninth Circuit's memorandum. Specifically, the Commissioner is directed to analyze plaintiff's fibromyalgia-related symptoms under SSR 12-2p, and evaluate the fibromyalgia-related medical evidence under the proper legal standard. *See Revels v. Berryhill*, 874 F.3d 648, 654-56, 664-68 (9th Cir. 2017). The ALJ must distinguish between plaintiff's fibromyalgia-related symptoms and other symptoms in the medical record unrelated to this diagnosis. *See id.* Only a reassessment of the fibromyalgia-related evidence is required.

DATED this 8th day of May, 2020.

            /s/ Brian A. Tsuchida
            BRIAN A. TSUCHIDA
            Chief United States Magistrate Judge